UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV98

| | |
|---|---|
| ELAINE L. CHAO, ) | |
|     Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| FRYE ELECTRIC CO., ) | |
|     Defendant. ) | |
| ) | |

    **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled from the September 11, 2006 term to the **September 5, 2006 term of court at 10:00 a.m.** in Charlotte.

    IT IS SO ORDERED.

                                      Signed: April 25, 2006

                                      Graham C. Mullen
                                      United States District Judge