UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV98**

| | |
|---|---|
| ELAIN L. CHAO,  )<br>        Plaintiff,  )<br>    v.                     )<br>                             )    **ORDER**<br>FRYE ELECTRIC COMPANY,  )<br>        Defendant.  )<br>                             )  | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **March 5, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: January 8, 2007

Graham C. Mullen
United States District Judge