IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV98

| ELAINE L. CHAO, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| FRYE ELECTRIC CO., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Defendant has informed the Court that the parties have settled. The Plaintiff is hereby directed to file a report to the court within 10 days from the date of this order as to the status of this case. Failure to comply with this order will result in dismissal of the case.

**IT IS SO ORDERED.**

Signed: January 23, 2007

Graham C. Mullen
United States District Judge